**860 Lake Shore Drive Trust, etc., et al., Appellees, v. Lucien Wickham, and Mrs. Dorothy Wickham, Appellants.**

Gen. No. 47,484.

First District, First Division.
June 9, 1958.
Rehearing denied June 24, 1958.
Released for publication July 18, 1958.

William H. Murphy, for appellants; Goldberg, Devoe, Shadur, and Mikva, for appellees. Opinion PER CURIAM.. Not to be published in full.